UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-62186-WPD

LAURA ELSY, individually and
on behalf of all others similarly situated,

    Plaintiff,

vs.

TRUGREEN LIMITED PARTNERSHIP,

    Defendant.
_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the *Stipulation of Dismissal* (the "Stipulation") filed by Plaintiff Laura Elsy ("Plaintiff") and Defendant TruGreen Limited Partnership ("Defendant"). [DE 37]. The Court has reviewed the Stipulation, notes the signature of counsel, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 37] is **APPROVED**.

2. Plaintiff's individual claims against Defendant are hereby **DISMISSED WITH PREJUDICE**;

3. Claims against Defendant, if any, of the members of the putative classes are hereby **DISMISSED WITHOUT PREJUDICE**;

4. Each party shall bear its own costs and attorneys' fees incurred in this action except as otherwise agreed by the Parties.

5. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 24th day of August, 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record